IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02584-BNB

ABEER FARAGALLA,

    Plaintiff,

v.

DOUGLAS COUNTY SCHOOL DIRSTRICT [sic] RE1 "DCSD,"
CEREBRAL PALSY OF COLORADO "CP,"
DOUGLAS COUNTY EDUCATION FOUNDATION," and
DOUGLAS COUNTY SCHOOL DISTRICT BOARD OF EDUCATION "BOE,"

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 3 2008

G?.   ?. LANGHAM
          CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the document titled "Emergency Petition for Review of Complain [sic] and for the Issuance of a Summons, Emergency Second Motion for Expediting the Litigation" that Plaintiff, Abeer Faragalla, submitted to and filed with the Court on January 17, 2007. The motion is DENIED as unnecessary.

Dated: January 23, 2008

Copies of this Minute Order mailed on January 23, 2008, to the following:

Abeer Marie Faragalla
19675 Clubhouse Drive, Apt. 106
Parker, CO 80138

                                          Secretary/Deputy Clerk