FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 29 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Civil Action No. 07-cv-02584-REB-BNB

ABEER FARAGALLA,

    Plaintiff,

v.

DOUGLAS COUNTY SCHOOL DIRSTRICT [sic], RE1 "DCSD,"
CEREBRAL PALSY OF COLORADO "CP,"
DOUGLAS COUNTY EDUCATION FOUNDATION, and
DOUGLAS COUNTY SCHOOL DISTRICT BOARD OF EDUCATION "BOE,"

    Defendants.

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

**Blackburn, J.**

This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis*.

**THEREFORE, IT IS ORDERED** as follows:

1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from each of the defendants;

2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d);

3. That all costs of service shall be advanced by the United States; and

4. That after service of process, any defendant or counsel for any defendant having been served shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

Dated January 29, 2008, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02584-REB-BNB

Abeer Faragalla
19675 Clubhouse Dr., Apt 106
Parker, CO 80138

US Marshal Service
Service Clerk
Service forms for: Douglas County School District, Cerebral Palsy of Colorado,
Douglas County Education Foundation, and
Douglas County School District Board of Education,

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on Douglas County School District, Cerebral Palsy of Colorado, Douglas County Education Foundation, and Douglas County School District Board of Education: AMENDED COMPLAINT FILED 01/07/08, SUMMONS, NOTICE OF WAIVER, AND NOTICE OF AVAILABILITY OF A U.S. MAGISTRATE JUDGE CONSENT FORM on 1/29/08.

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk