IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02584-REB-BNB

ABEER FARAGALLA

Plaintiff,

v.

DOUGLAS COUNTY SCHOOL DISTRICT RE1 "DCSD,"
CEREBRAL PALSY OF COLORADO "CP,"
DOUGLAS COUNTY EDUCATION FOUNDATION, and
DOUGLAS COUNTY SCHOOL DISTRICT BOARD OF EDUCATION "BOE,"

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion for Clarification of the Court's Ruling . . . Litigation** [Doc. #13, filed 1/25/08] (the "Motion for Clarification"). The plaintiff seeks clarification of an Order issued on January 23, 2008 [Doc. #12].

The case is being processed expeditiously. On December 29, 2008, the district judge entered an order concerning service of the complaint and summons. Service of all orders have been made on the plaintiff, and she is fully informed of the status of her case. Further clarification is not necessary.

IT IS ORDERED that the Motion for Clarification is DENIED.

IT IS FURTHER ORDERED that the titles to all future motions and other papers filed with the court shall not exceed ten words.

Dated January 31, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge