IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02584-REB-BNB

ABEER FARAGALLA

Plaintiff,

v.

DOUGLAS COUNTY SCHOOL DISTRICT RE1 "DCSD,"
CEREBRAL PALSY OF COLORADO "CP,"
DOUGLAS COUNTY EDUCATION FOUNDATION, and
DOUGLAS COUNTY SCHOOL DISTRICT BOARD OF EDUCATION "BOE,"

Defendants.

_____

**ORDER**

_____

The parties appeared this morning for a status conference. A number of matters were

pending at that time, including:

(1)     **Motion to Dismiss** [Doc. # 36, filed 4/7/2008] by defendant Cerebral Palsy of

Colorado, Inc.;

(2)     **Answer to Complaint** [Doc. # 35, filed 4/7/2008] by defendant Cerebral Palsy of

Colorado, Inc.;

(3)     **Motion for and order to Answer** [Doc. # 28, filed 2/22/2008] by the plaintiff;

(4)     **Motion for Ruling on motion for order to reply** [Doc. # 31, filed 3/21/2008] by

the plaintiff; and

(5)     **Motion to join the Union and Drop DCEF** [Doc. # 40, filed 4/15/2008].

In summary and for the reasons stated on the record during the status conference:

IT IS ORDERED that the Motion to Dismiss and the Answer filed *pro se* by defendant Cerebral Palsy of Colorado, Inc., are STRICKEN. See <u>Flora Const. Co. v. Fireman's Fund Ins. Co.</u>, 307 F.2d 413, 413-14 (10th Cir. 1962)("The rule is well established that a corporation can appear in a court of record only by an attorney at law"); <u>Reeves v. Queen City Transportation, Inc.</u>, 10 F. Supp. 2d 1181, 1188 (D. Colo. 1998)("It has been the law, for the better part of two centuries, that a corporation may appear in federal court only through a licensed attorney").

IT IS FURTHER ORDERED that Cerebral Palsy of Colorado, Inc., shall cause counsel to enter its appearance and to respond to the plaintiff's complaint, if at all, on or before **May 6, 2008**.

IT IS FURTHER ORDERED that the Motion for an order to Answer [Doc. # 28] and the Motion for Ruling on motion for order to reply [Doc. # 31] are DENIED AS MOOT because all defendants responded to the complaint within the time allowed.

IT IS FURTHER ORDERED that the Motion to join the Union and Drop DCEP [Doc. # 40], which I construe as a motion to amend the complaint, is DENIED WITHOUT PREJUDICE. The plaintiff may file a motion to amend which includes as an exhibit the proposed amended complaint. The proposed amended complaint must be on the court's current form, must stand on its own, and must include all claims against all parties which the plaintiff seeks to assert. It may not incorporate former complaints or other pleadings by reference.

Dated April 22, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

2