IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02584-REB-BNB

ABEER FARAGALLA

Plaintiff,

v.

DOUGLAS COUNTY SCHOOL DISTRICT RE1 "DCSD,"
CEREBRAL PALSY OF COLORADO "CP,"
DOUGLAS COUNTY EDUCATION FOUNDATION, and
DOUGLAS COUNTY SCHOOL DISTRICT BOARD OF EDUCATION "BOE,"

Defendants.

## ORDER

This matter is before me on the plaintiff's **Motion for Leave to Amend Complaint** [Doc. #45, pp. 1-2, filed 5/1/08] (the "Motion"). The plaintiff seeks leave to file a proposed Third Amended Complaint [Doc. #45, pp. 3-21]. The defendants do not object to the proposed amended complaint. Accordingly,

IT IS ORDERED that the Motion is GRANTED. The Clerk of the Court is directed to accept for filing the plaintiff's Third Amended Complaint.

Dated May 22, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

1