IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02584-REB-BNB

ABEER FARAGALLA

Plaintiff,

v.

DOUGLAS COUNTY SCHOOL DISTRICT RE1 "DCSD,"
CEREBRAL PALSY OF COLORADO "CP,"
DOUGLAS COUNTY EDUCATION FOUNDATION, and
DOUGLAS COUNTY SCHOOL DISTRICT BOARD OF EDUCATION "BOE,"

Defendants.

## ORDER

This matter arises on the following motions filed by the plaintiff:

(1) **Motion for an order to compel DCSD to produce documents** [Doc. # 95, filed 9/30/2008] (the "Motion to Compel"); and

(2) **Motion for Ruling on Plaintiff's Motion to Compel DCSD** [Doc. # 126, filed 12/16/2008] (the "Motion for Ruling").

Because the plaintiff is proceeding *pro se*, I must liberally construe her pleadings. Haines v. Kerner, 404 U.S. 519, 520-21 (1972). I cannot act as an advocate for a *pro se* litigant, however, who must comply with the fundamental requirements of the Federal Rules of Civil Procedure and the local rules of practice. Hall v. Bellmon, 935 F.2d 1106, 1110 (10th Cir. 1991).

Local rule of practice 37.1, D.C.COLO.LCivR, requires the following in connection with discovery motions:

> A motion under Fed. R. Civ. P. 26 or 37 directed to interrogatories
> or requests under Fed. R. Civ. P. 33 or 34 or to responses thereto
> shall set forth verbatim the interrogatory, request, and response to
> which the motion is directed.

This requirement is important because without reviewing the exact requests and responses, and the arguments concerning their adequacy, it is not possible to decide the motion. The plaintiff has failed to comply with this requirement, providing instead her summary of the requests and responses.

IT IS ORDERED that the Motion to Compel is DENIED for failure to comply with D.C.COLO.LCivR 37.1.

IT IS FURTHER ORDERED that the Motion for Ruling is DENIED as moot in view of this order.

Dated December 19, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge
