IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02584-REB-BNB

ABEER FARAGALLA

Plaintiff,

v.

DOUGLAS COUNTY SCHOOL DISTRICT RE1 "DCSD,"
CEREBRAL PALSY OF COLORADO "CP,"
DOUGLAS COUNTY EDUCATION FOUNDATION, and
DOUGLAS COUNTY SCHOOL DISTRICT BOARD OF EDUCATION "BOE,"

Defendants.
_____

# ORDER
_____

This matter arises on the following motions:

(1) **Defendant CP's Motion to Dismiss** [Doc. # 65, filed 6/2/2008];

(2) **Motion to Dismiss Claims of Third Amended Complaint** [Doc. # 69, filed 6/6/2008];

(3) **Motion to Dismiss Douglas County School District Board of Education** [Doc. # 70, filed 6/6/2008];

(4) **Defendant Douglas County Federation for Classified Employees' Motion to Dismiss** [Doc. # 75, filed 6/13/2008];

(5) **Motion for a Court Appointed Expert Witness** [Doc. # 110, filed 12/9/2008];

(6) **Status Report and Joint Motion for Extension of Time to File Dispositive Motions** [Doc. # 112, filed 12/9/2008];

(7) **Motion to Amend Plaintiff's Motion for an Expert Witness Testimony or, In

**the Alternative, Motion for Leave to Amend Plaintiff's Motion for an Expert Witness** [Doc. # 120, filed 12/15/2008];

(8) **Defendant Cerebral Palsy's Motion for Summary Judgment** [Doc. # 123, filed 12/15/2008]; and

(9) **Defendant Douglas County Federation For Classified Employees' Motion for Summary Judgment** [Doc. # 129, filed 12/18/2008].

I held a status conference this morning and made rulings affecting all of these motions. In summary and for the reasons stated on the record:

IT IS ORDERED that the following motions are DENIED WITHOUT PREJUDICE and with leave for the parties to reassert the arguments contained there in motions for summary judgment to be filed on or before **January 23, 2009**:

- Defendant CP's Motion to Dismiss [Doc. # 65];

- Motion to Dismiss Claims of Third Amended Complaint [Doc. # 69];

- Motion to Dismiss Douglas County School District Board of Education [Doc. # 70];

- Defendant Douglas County Federation for Classified Employees' Motion to Dismiss [Doc. # 75];

- Defendant Cerebral Palsy's Motion for Summary Judgment [Doc. # 123]; and

- Defendant Douglas County Federation For Classified Employees' Motion for Summary Judgment [Doc. # 129].

IT IS FURTHER ORDERED that the Motion for Court Appointed Expert Witness [Doc. # 110] is DENIED.

IT IS FURTHER ORDERED that the Status Report and Joint Motion for Extension of

Time to File Dispositive Motions [Doc. # 112] is GRANTED to allow the parties to and including **January 23, 2009**, within which to file motions for summary judgment.

IT IS FURTHER ORDERED that the Motion to Amend Plaintiff's Motion for an Expert Witness Testimony or, In the Alternative, Motion for Leave to Amend Plaintiff's Motion for an Expert Witness [Doc. # 120] is GRANTED to allow the plaintiff to amend her motion for an expert witness and the Clerk of the Court is directed to accept for filing the Amendment to Plaintiff's Motion for an Expert Witness [Doc. # 12 at pp.2-6]; and is DENIED in all other respects.

Dated December 19, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge