IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02584-REB-BNB

ABEER FARAGALLA

Plaintiff,

v.

DOUGLAS COUNTY SCHOOL DISTRICT RE1 "DCSD,"
CEREBRAL PALSY OF COLORADO "CP,"
DOUGLAS COUNTY EDUCATION FOUNDATION, and
DOUGLAS COUNTY SCHOOL DISTRICT BOARD OF EDUCATION "BOE,"

Defendants.
_____

**ORDER**
_____

This matter arises on the plaintiff's **Motion for Reconsideration of the Motion to Compel DCSD or In the Alternative Motion for Leave to Resubmit the Motion to Compel DCSD** [Doc. # 134, filed 12/19/2008] (the "Motion"). The plaintiff admits that she failed to comply with the requirements of D.C.COLO.LCivR 37.1 in the motion to compel. Consequently, the order denying the motion to compel was correctly decided and there is no reason to reconsider that order. However, the plaintiff will be allowed to file a renewed motion to compel, after meaningful compliance with the requirements to meet and confer contained in D.C.COLO.LCivR 7.1A, see Hoelzel v. First Select Corp., 214 F.R.D. 634 (D. Colo. 2003), and with a motion that meets the requirements of the Federal Rules of Civil Procedure and the local rules of practice of this court.

IT IS ORDERED that the Motion is GRANTED to allow the plaintiff to submit a renewed motion to compel, consistent with the terms of this Order.

Dated December 31, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge