IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02584-REB-BNB

ABEER FARAGALLA

Plaintiff,

v.

DOUGLAS COUNTY SCHOOL DISTRICT RE1 "DCSD,"
CEREBRAL PALSY OF COLORADO "CP,"
DOUGLAS COUNTY EDUCATION FOUNDATION, and
DOUGLAS COUNTY SCHOOL DISTRICT BOARD OF EDUCATION "BOE,"

Defendants.

---

## ORDER
---

This matter arises on the plaintiff's **Motion for Reconsideration of My Motion for a Court Appointed Expert Witness or In the Alternative Motion for Clarification of the Court's Ruling on My Motion for Expert Witness** [Doc. # 135, filed 12/19/2008] (the "Motion"). The reasons for my ruling were fully stated on the record at the hearing on December 19, 2008. I find that there is no basis upon which to reconsider that ruling, and no explanation beyond that provided on the record at the hearing on December 19 is necessary or appropriate.

IT IS ORDERED that the Motion is DENIED.

Dated December 31, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge