IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02584-REB-BNB

ABEER FARAGALLA

Plaintiff,

v.

DOUGLAS COUNTY SCHOOL DISTRICT RE1 "DCSD,"
CEREBRAL PALSY OF COLORADO "CP,"
DOUGLAS COUNTY EDUCATION FOUNDATION, and
DOUGLAS COUNTY SCHOOL DISTRICT BOARD OF EDUCATION "BOE,"

Defendants.
_____

## ORDER
_____

This matter arises on the following:

(1) Plaintiff's **Second Motion to Compel DCSD or Produce Requested Documents or Emergency Second Motion to Compel DCSD to Produce Requested Documents** [Doc. # 146, filed 1/14/2009] (the "Motion to Compel");

(2) Plaintiff's **Motion for Leave to Amend Plaintiff's Second Motion to Compel** [Doc. # 161, filed 1/26/2009] (the "Motion to Amend Motion to Compel"); and

(3) Plaintiff's **Amendment to My Second Motion to Compel** [Doc. # 160, filed 1/26/2009] (the "Amendment to Motion to Compel").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Amend Motion to Compel [Doc. # 161] is GRANTED. The Clerk of the Court is directed to accept for filing the Amendment to My Second Motion to Compel [Doc. # 161].

IT IS FURTHER ORDERED that the Motion to Compel [Doc. # 146] and Amendment to Motion to Compel [Doc. # 161] are GRANTED IN PART and DENIED IN PART as follows:

GRANTED to require defendant Douglas County School District to produce to the plaintiff for inspection and copying on or before **February 4, 2009**, those portions of the personnel files of Debbie McGee, Kathy Nelson, and Tanya Pennington which contain their evaluations and any discipline taken against them for the time period January 1, 2003, through December 31, 2008; and

DENIED in all other respects.

Dated January 27, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge