**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-02584-REB-BNB

ABEER FARAGALLA,

    Plaintiff,

v.

DOUGLAS COUNTY SCHOOL DIRSTRICT [*sic*] RE1 "DCSD,"
CEREBRAL PALSY OF COLORADO "CP,"
DOUGLAS COUNTY EDUCATION FOUNDATION," and
DOUGLAS COUNTY SCHOOL DISTRICT BOARD OF EDUCATION "BOE,"

    Defendants.

**ORDER VACATING TRIAL PREPARATION CONFERENCE
AND JURY TRIAL**

**Blackburn, J.**

The matter is before me *sua sponte* to review the status of this case and the viability of the Trial Preparation Conference and trial settings. Based on my review of the file and record, I find and conclude that it is necessary to vacate the Trial Preparation Conference and trial to facilitate the reasonable and orderly completion of essential pretrial matters, including, but not necessarily limited to, resolution of the pending motions for summary judgment, *see* [#152] and [#157].

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the Trial Preparation Conference set March 6, 2009, is **VACATED**, pending further order;

    2. That the jury trial set to commence March 23, 2009, is **VACATED**, pending further order;

3. That counsel **SHALL CONTACT** the court's administrative assistant, Susan Schmitz, at 303-335-2350 on March 6, 2009, at 11:00 a.m., to reset the Trial Preparation Conference and trial; and

4. That the extant **Trial preparation Conference Order** [#61] entered May 29, 2008, is **MODIFIED** accordingly.

Dated February 12, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge