IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02584-REB-BNB

ABEER FARAGALLA

Plaintiff,

v.

DOUGLAS COUNTY SCHOOL DISTRICT RE1 "DCSD,"
CEREBRAL PALSY OF COLORADO "CP,"
DOUGLAS COUNTY EDUCATION FOUNDATION, and
DOUGLAS COUNTY SCHOOL DISTRICT BOARD OF EDUCATION "BOE,"

Defendants.

## ORDER

The parties appeared this morning for a final pretrial conference. The proposed final pretrial order was refused for the reasons stated on the record. In summary and for the reasons stated on the record:

IT IS ORDERED that the plaintiff shall provide to the defendants, in writing and on or before **February 20, 2009**, a list of each of the claims she is asserting against each of them.

IT IS FURTHER ORDERED that the parties shall prepare a revised final pretrial order, modified as discussed on the record, and shall submit it to the court on or before **March 9, 2009**.

IT IS FURTHER ORDERED that a supplemental final pretrial conference is set for **March 16, 2009, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Dated February 12, 2009.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge