IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02584-REB-BNB

ABEER FARAGALLA

Plaintiff,

v.

DOUGLAS COUNTY SCHOOL DISTRICT RE1 "DCSD,"
CEREBRAL PALSY OF COLORADO "CP,"
DOUGLAS COUNTY EDUCATION FOUNDATION, and
DOUGLAS COUNTY SCHOOL DISTRICT BOARD OF EDUCATION "BOE,"

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Motion to Direct the Clerk to Docket the Remainder of My Response Brief to DCSD's Motion for Summary Judgment** [docket no. 178, filed February 12, 2009] (the "Motion"). Pursuant to the entering of my Order on February 24, 2009 [docket no. 183],

     IT IS ORDERED that the Motion is DENIED AS MOOT.


DATED: February 24, 2009