IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02584-REB-BNB

ABEER FARAGALLA

Plaintiff,

v.

DOUGLAS COUNTY SCHOOL DISTRICT RE1 "DCSD,"
CEREBRAL PALSY OF COLORADO "CP,"
DOUGLAS COUNTY EDUCATION FOUNDATION, and
DOUGLAS COUNTY SCHOOL DISTRICT BOARD OF EDUCATION "BOE,"

Defendants.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Defendant Cerebral Palsy's Motion to Strike Plaintiff's Affidavit** [docket no. 188, filed February 27, 2009] and Plaintiff's **Motion to Strike O'Neal's Affidavit** [docket no. 195, filed March 2, 2009] (the "Motions").

      IT IS ORDERED that the Motions are DENIED.

DATED:  March 5, 2009