IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02584-REB-BNB

ABEER FARAGALLA

Plaintiff,

v.

DOUGLAS COUNTY SCHOOL DISTRICT RE1 "DCSD,"
CEREBRAL PALSY OF COLORADO "CP,"
DOUGLAS COUNTY EDUCATION FOUNDATION, and
DOUGLAS COUNTY SCHOOL DISTRICT BOARD OF EDUCATION "BOE,"

Defendants.

## ORDER

This matter arises on the plaintiff's **Motion for Leave to Respond to CP's Reply to Response to Summary Judgment Motion** [Doc. #191, filed 03/02/2009] (the "Motion"). The Motion is DENIED.

Defendant Cerebral Palsy of Colorado, Inc. ("CP"), filed a motion for summary judgment on January 23, 2008 [Doc. #152]. The plaintiff filed a response to the summary judgment motion on February 17, 2008 [Doc. #181], and CP filed a reply in support of their motion on February 27, 2008 [Doc. #189].

The plaintiff seeks leave to file a sur-reply on the basis that the defendant's reply contains issues which were not raised in the summary judgment motion. I have reviewed the parties' briefs, and I find that the defendant's reply does not assert any new legal arguments, nor does it contain any new factual evidence. Accordingly, the plaintiff's request is denied. See

<u>Vittoria North America, L.L.C. v. Euro-Asia Imports Inc.</u>, 278 F.3d 1076, 1086 (10th Cir. 2001) (upholding the trial court's denial of a request to file a sur-reply).

      IT IS ORDERED that the Motion is DENIED.

      Dated March 5, 2009.

                                    BY THE COURT:

                                    s/ Boyd N. Boland
                                    United States Magistrate Judge