IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02584-REB-BNB

ABEER FARAGALLA

Plaintiff,

v.

DOUGLAS COUNTY SCHOOL DISTRICT RE1 "DCSD,"
CEREBRAL PALSY OF COLORADO "CP,"
DOUGLAS COUNTY EDUCATION FOUNDATION, and
DOUGLAS COUNTY SCHOOL DISTRICT BOARD OF EDUCATION "BOE,"

Defendants.
_____

**ORDER**
_____

This matter arises in connection with the plaintiff's **Motion For Leave To Resubmit My Response To DCFCE's Summary Judgment Motion Or In The Alternative Motion For Leave To Amend/Correct/Modify My Response To DCFCE's Summary Judgment Motion** [Doc. #198, filed 03/04/2009] (the "Motion"). The Motion is GRANTED as specified in this Order.

Defendant Douglas County School District RE1 ("DCSD") filed a motion for summary judgment on January 23, 2009 [Doc. #157]. The plaintiff filed a response to the motion on February 12, 2009 [Doc. #176]. The plaintiff's response was stricken on February 24, 2009, and the plaintiff was ordered to submit a revised response [Doc. #183].

Defendant Douglas County Federation for Classified Employees' ("DCFCE") filed a motion for summary judgment on January 23, 2009 [Doc,. #149]. The plaintiff filed a response to the motion on February 17, 2009 [Doc. #182]. The plaintiff asserts that her response to

DCFCE's motion relies heavily on her response to DCSD's motion. Therefore, she seeks leave to revise her response to DCFCE's motion. The plaintiff's request is granted as follows.

The plaintiff shall submit a revised response to DCFCE's motion on or before **April 6, 2009**. The plaintiff shall not incorporate by reference any other response; the revised response shall stand on its own. The revised response may not exceed 20 type-written pages, all of which must be double spaced, utilizing a font no smaller than 12-point. Each factual statement shall be supported by a pinpoint cite to evidence.

If an affidavit is submitted with the renewed response, the affidavit shall set forth pertinent factual statements which are responsive to the defendant's summary judgment motion and which would be admissible in evidence. The affidavit must be presented in numbered paragraphs. Each paragraph shall set forth a single factual statement or set of related facts. The affidavit may not exceed ten pages in length and shall be submitted in a 12-point font. Any citations to the affidavit shall be to a numbered paragraph.

IT IS ORDERED that the Motion is GRANTED as set forth above.

Dated March 5, 2009.

> BY THE COURT:
>
> s/ Boyd N. Boland
> United States Magistrate Judge