IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02584-REB-BNB

ABEER FARAGALLA

Plaintiff,

v.

DOUGLAS COUNTY SCHOOL DISTRICT RE1 "DCSD,"
CEREBRAL PALSY OF COLORADO "CP,"
DOUGLAS COUNTY EDUCATION FOUNDATION, and
DOUGLAS COUNTY SCHOOL DISTRICT BOARD OF EDUCATION "BOE,"

Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a final pretrial conference. The proposed final pretrial order was refused for the reasons stated on the record. Consistent with rulings made on the record this morning and incorporated here:

IT IS ORDERED that a supplemental final pretrial conference is set for **April 9, 2009, at 9:00 a.m.,** in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall prepare a second revised final pretrial order and submit it to the court on or before **April 3, 2009**.

IT IS FURTHER ORDERED that the plaintiff's **Status Report on the Pretrial Order, Motion Extend the Time to Submit the Final Pretrial Order and Motion to Compel Defendants to Cooperate in the Preparation of the Pre Trial Order** [Doc. # 207, filed 3/9/2009] is DENIED as moot.

IT IS FURTHER ORDERED that the plaintiff's **Motion to Leave to Reply to Defendants Joint Response to My Status Report and Motion to Extend Time to File Pre Trial Order** [Doc. # 210, filed 3/10/2009] is GRANTED insofar as the response is accepted for filing and DENIED as moot in all other respects.

IT IS FURTHER ORDERED that the plaintiff's **Amended/Correction to Plaintiff's Status Report on the pretrial order and Motion to Extend time to file pre trial order Or Leave to Amend or Correct Plaintiff's status report on the pretrial order and the motion to Extend time to file pretrial order** [Doc. # 212, filed 3/9/2009] is DENIED as moot.

Dated March 16, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge