IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02584-REB-BNB

ABEER FARAGALLA

Plaintiff,

v.

DOUGLAS COUNTY SCHOOL DISTRICT RE1 "DCSD,"
CEREBRAL PALSY OF COLORADO "CP,"
DOUGLAS COUNTY EDUCATION FOUNDATION, and
DOUGLAS COUNTY SCHOOL DISTRICT BOARD OF EDUCATION "BOE,"

Defendants.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Vacate the Deadline to File a Second Revised Response to DCSD's Summary Judgment Motion, Pending a Ruling on Plaintiff's Appeal** [docket no. 226, filed April 6, 2009] and **Motion to Vacate the Deadline to File a Revised Response to DCFCE's Summary Judgment Motion, Pending a Ruling on Plaintiff's Appeal** [docket no. 232, filed April 10, 2009] (the "Motions").

IT IS ORDERED that the Motions are DENIED.

DATED:  April 13, 2009