**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-02584-REB-BNB

ABEER FARAGALLA,

    Plaintiff,

v.

DOUGLAS COUNTY SCHOOL DIRSTRICT [*sic*] RE1 "DCSD,"
CEREBRAL PALSY OF COLORADO "CP,"
DOUGLAS COUNTY EDUCATION FOUNDATION," and
DOUGLAS COUNTY SCHOOL DISTRICT BOARD OF EDUCATION "BOE,"

    Defendants.

**ORDER OVERRULING RULE 72 OBJECTION
TO ORDER OF THE MAGISTRATE JUDGE**

**Blackburn, J.**

This matter is before me on the plaintiff's (1) **Motion for Reconsideration of Plaintiff Second Motion To Compel or Objection to the Magistrate's Order on Plaintiff's Second Motion to Compel** [#168][1] filed January 28, 2009; and (2) the plaintiff's **Motion for a Ruling on the "Motion for Reconsideration of Plaintiff Second Motion To Compel or Objection to the Magistrate's Order on Plaintiff's Second Motion to Compel"** [#231] filed April 10, 2009.  The defendants filed a response [#180] to the **Motion for Reconsideration of Plaintiff Second Motion To Compel or Objection to the Magistrate's Order on Plaintiff's Second Motion to Compel** [#168].  I overrule the objection, and I deny the motion for ruling as moot.

---

[1] "[#168]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

Under 28 U.S.C. § 636 (b) and FED. R. CIV. P. 72 (a), I may modify or set aside any portion of a magistrate judge's order which I find to be "clearly erroneous or contrary to law." I have reviewed the order [#164] of Magistrate Judge Boland that is challenged by the plaintiff, as well as the other relevant portions of the record. Nothing in the plaintiff's objection tends to show that Magistrate Judge Boland's order [#164] is clearly erroneous or contrary to law.

**THEREFORE, IT IS ORDERED** as follows:

1. That the objection stated in the plaintiff's **Motion for Reconsideration of Plaintiff Second Motion To Compel or Objection to the Magistrate's Order on Plaintiff's Second Motion to Compel** [#168] filed January 28, 2009, is **OVERRULED AND DENIED**; and;

2. That to the extent the plaintiff seeks reconsideration of her second motion to compel as an alternative to her assertion of her objection to the magistrate judge's order, the plaintiff's motion for reconsideration is **DENIED** as moot; and

3. That the plaintiff's **Motion for a Ruling on the "Motion for Reconsideration of Plaintiff Second Motion To Compel or Objection to the Magistrate's Order on Plaintiff's Second Motion to Compel"** [#231] filed April 10, 2009, is **DENIED** as moot.

Dated April 13, 2009, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge