IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02584-REB-BNB

ABEER FARAGALLA

Plaintiff,

v.

DOUGLAS COUNTY SCHOOL DISTRICT RE1 "DCSD,"
CEREBRAL PALSY OF COLORADO "CP,"
DOUGLAS COUNTY EDUCATION FOUNDATION, and
DOUGLAS COUNTY SCHOOL DISTRICT BOARD OF EDUCATION "BOE,"

Defendants.

_____

**ORDER**
_____

This matter arises on the plaintiff's **Motion for Clarification of the Court's Order** . . . . [Doc. #245, filed 5/11/09] (the "Motion"). The Motion has been referred to me insofar as the plaintiff seeks clarification of (2) the due date for her responses to the defendants' motions for summary judgment, and (2) the formatting requirements of the responses. The Motion is GRANTED IN PART and DENIED IN PART.

The plaintiff does not require clarification regarding the required format of her responses. I detailed these requirements in my Order dated May 24, 2009 [Doc. #183].

To the extent the plaintiff seeks clarification of the due date for her response to defendant Douglas County School District RE1's motion for summary judgment and her response to defendant Douglas County Federation for Classified Employees' motion for summary judgment, the request is granted. The responses are due on or before **June 1, 2009**. No further extensions will be granted.

SO ORDERED.

Dated May 11, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge