IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02584-REB-BNB

ABEER FARAGALLA

Plaintiff,

v.

DOUGLAS COUNTY SCHOOL DISTRICT RE1 "DCSD,"
CEREBRAL PALSY OF COLORADO "CP,"
DOUGLAS COUNTY EDUCATION FOUNDATION, and
DOUGLAS COUNTY SCHOOL DISTRICT BOARD OF EDUCATION "BOE,"

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Vacate the June 1st Deadline to File Revised Responses to DCSD's and to DCFCE's Summary Judgment Motions, Pending a Ruling on Plaintiff's Appeal #252** [docket no. 253, filed May 27, 2009] (the "Motion").

IT IS ORDERED that the Motion is DENIED.


DATED:  May 27, 2009