**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-02584-REB-BNB

ABEER FARAGALLA,

    Plaintiff,

v.

DOUGLAS COUNTY SCHOOL DIRSTRICT [*sic*] RE1 "DCSD,"
CEREBRAL PALSY OF COLORADO "CP,"
DOUGLAS COUNTY EDUCATION FOUNDATION," and
DOUGLAS COUNTY SCHOOL DISTRICT BOARD OF EDUCATION "BOE,"

    Defendants.

## MINUTE ORDER[1]

    The plaintiff's **Motion For Clarification of the District Court's Order [#257]** [#258] filed June 8, 2009, is **GRANTED**. In my order [#257], filed June 5, 2009, I overruled the plaintiff's objections to the deadlines and other requirements ordered by the magistrate judge. The deadlines set by the magistrate judge remain in effect. The filing of an objection to an order of the magistrate judge setting a deadline does not create an automatic extension of that deadline.

    Dated: June 8, 2009

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.