IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02584-REB-BNB

ABEER FARAGALLA

Plaintiff,

v.

DOUGLAS COUNTY SCHOOL DISTRICT RE1 "DCSD,"
CEREBRAL PALSY OF COLORADO "CP,"
DOUGLAS COUNTY EDUCATION FOUNDATION, and
DOUGLAS COUNTY SCHOOL DISTRICT BOARD OF EDUCATION "BOE,"

Defendants.

_____

**ORDER**
_____

This matter arises on the plaintiff's **Motion for Leave to File Sur-Reply to #270 and #271** [Doc. #272, filed 07/07/2009] (the "Motion"). The Motion is DENIED.

The plaintiff seeks leave to file sur-replies to defendants DCSD and DCFCE's summary judgment motions so that she "can respond to the arguments presented in [their] responses." The plaintiff does not specify which arguments she wishes to address.

I have reviewed the parties' briefs, and I find that the defendants' replies do not assert any new legal arguments, nor do they contain any new factual evidence. Accordingly, the plaintiff's request is denied. See Vittoria North America, L.L.C. v. Euro-Asia Imports Inc., 278 F.3d 1076, 1086 (10th Cir. 2001) (upholding the trial court's denial of a request to file a sur-reply).

IT IS ORDERED that the Motion is DENIED.

Dated July 10, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge