**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-02584-REB-BNB

ABEER FARAGALLA,

    Plaintiff,

v.

DOUGLAS COUNTY SCHOOL DIRSTRICT [*sic*] RE1 "DCSD,"
CEREBRAL PALSY OF COLORADO "CP,"
DOUGLAS COUNTY EDUCATION FOUNDATION," and
DOUGLAS COUNTY SCHOOL DISTRICT BOARD OF EDUCATION "BOE,"

    Defendants.

---

**MINUTE ORDER[1]**

---

    The matter comes before the court on the plaintiff's **Emergency Motion To Order the Clerk to Docket the Missing Pages from My Objection to the Magistrate's Recommendation to Grant DCFCE Summary Judgment <u>And</u> Emergency Motion To Correct My Objections to the Magistrate's Recommendation to Grant DCFCE Summary Judgment** [#286] filed August 29, 2009. The motion is **GRANTED**.

    In considering the plaintiff's objection [#284], the court will consider pages seven and eight of that objection, which the plaintiff has submitted as Exhibit 1 to her motion. In addition, in considering the plaintiff's objection [#284] the court will read any citation by the plaintiff to the document docketed as [#256] to be a reference to plaintiff's revised response, which is docketed as [#265]

    Dated: August 31, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.