IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-02584-REB-BNB

ABEER FARAGALLA,

    Plaintiff,

v.

DOUGLAS COUNTY SCHOOL DISTRICT RE 1,
DOUGLAS COUNTY SCHOOL DISTRICT BOARD OF EDUCATION,
DOUGLAS COUNTY FEDERATION FOR CLASSIFIED EMPLOYEES, and
CEREBRAL PALSY OF COLORADO,

    Defendants.

# ORDER

**Blackburn, J.**

    This matter is before me on the following: (1) the plaintiff's **Motion for Stay of Judgment and Order Pending Appeal** [#301][1] filed September 16, 2009; (2) the plaintiff's **Objection To Having a Conference Held on Defendants' Bills of Cost, Before the Court Has Ruled on My Pray To Defer any Estimation of those Bills, and without Giving me a Notice To Attend And Motion To Overrule Any Decisions Made by the Conference Which Was Held in** (sic) **9/30/2009 and To Order That This Conference Be Rescheduled** [#312] filed September 30, 2009; (3) the plaintiff's **Motion To Strike the Bill of Costs Entered by the Clerk of the Court** [#314] filed October 5, 2009; and (4) the plaintiff's **Request/Motion To Forward To the United**

---

[1] "[#301]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**States Court of Appeals for the Tenth Circuit Sealed Records and Pleadings that were Conventionally Filed With the District Court as Part of the Records on Appeal** [#315] filed October 13, 2009.  The defendants filed a response [#318] to the motion to strike [#314].  I deny the motions.

The plaintiff's motion [#301] for a stay of the judgment does not comply with the requirements of FED. R. CIV. P. 62(d), which requires the posting of a supersedeas bond as a condition for requesting a stay.  Thus, the plaintiff's motion for a stay of the judgment is denied.

The plaintiff's motions [#312 & #314], which challenge the award of costs in this case, do not state any valid basis to challenge either the procedures used to award costs or the substance of the costs awarded by the Clerk of the Court.  Thus these motions are denied.

Finally, the plaintiff's motion [#315] requesting that the clerk forward the United States Court of Appeals for the Tenth Circuit sealed records that were filed conventionally in this case is denied as moot.  This court's docket entries [#306 & #317] recording the transmission of the record in this case to the Tenth Circuit indicate that the complete record was sent to the Tenth Circuit.

**THEREFORE, IT IS ORDERED** as follows:

1. That the plaintiff's **Motion for Stay of Judgment and Order Pending Appeal** [#301] filed September 16, 2009, is **DENIED**;

2. That the objections stated in plaintiff's **Objection To Having a Conference Held on Defendants' Bills of Cost, Before the Court Has Ruled on My Pray To Defer any Estimation of those Bills, and without Giving me a Notice To Attend And Motion To Overrule Any Decisions Made by the Conference Which Was Held**

2

**in** (sic) **9/30/2009 and To Order That This Conference Be Rescheduled** [#312] filed September 30, 2009, are **DENIED**;

      3. That the plaintiff's **Motion To Strike the Bill of Costs Entered by the Clerk of the Court** [#314] filed October 5, 2009, is **DENIED**; and

      4. That the plaintiff's **Request/Motion To Forward To the United States Court of Appeals for the Tenth Circuit Sealed Records and Pleadings that were Conventionally Filed With the District Court as Part of the Records on Appeal** [#315] filed October 13, 2009, is **DENIED** as moot.

      Dated September 10, 2010, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge